UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE PATRICIO BIERD,

Plaintiff,

-against-

ONE DOLLAR ZONE,

Defendant.

Case No. 26-cv-06032 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 16, 2026, this action was removed from the Supreme Court of New York, Bronx County, by Defendant ODZ Management LLC s/h/a One Dollar Zone ("Defendant"). *See* Dkt. 1 ("Notice of Removal"). Defendant asserts that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332. *See id.* ¶ 4. Defendant, a limited liability company ("LLC"), alleges that is a citizen of the State of New Jersey, and that Plaintiff Jose Patricio Bierd ("Plaintiff") is a citizen of the State of New York. *Id.* ¶ 3.

It is well established that an LLC is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). Thus, a notice of removal premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC. *See id.*; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010); *Lewis v. Allied Bronze LLC*, No. 07 Civ. 1621 (BMC), 2007 WL 1299251, at *1-2 (E.D.N.Y. May 2, 2007) (remanding removed action for lack of diversity jurisdiction). In the present case, the Notice of Removal fails to do so.

Accordingly, it is hereby ORDERED that, on or before **July 24, 2026**, Defendant shall amend its Notice of Removal to allege the citizenship of each constituent person or entity

comprising the Defendant LLC (including the state of incorporation and principal place of business of any corporate entity member). If, by that date, the Defendant is unable to amend its Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, Bronx County, without further notice to either party.

Finally, Defendant is directed to, **within two business days of this Order**, serve on Plaintiff a copy of this Order and to file proof of such service on the docket. Counsel for Plaintiff is directed to file a notice of appearance on the docket **within two business days of such service**.

Dated: July 17, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge